# VEHICLE PURCHASE ORDER/LEASE ORDER

**DICK GENTHE CHEVROLET**
15600 Eureka Road • Southgate, MI 48195
(734) 283-3400
"A Great Price is Just the Start of a Dick Genthe Deal"
www.genthe.com

DEAL #: 0030029
CUST #: 135621

SUBJECT TO THE TERMS AND CONDITIONS BELOW AND ON THE REVERSE SIDE OF THIS ORDER, THE DEALER AGREES TO SELL/LEASE AND THE BUYER(S) AGREE(S) TO PURCHASE/LEASE THE VEHICLE DESCRIBED BELOW.

[X] PURCHASE ORDER  [ ] LEASE ORDER

[ ] CAR  [X] TRUCK  [ ] NEW  [X] USED  [ ] DEMO  [ ] OTHER

**VIN #:** 2GNALCEK5H6243420
**STOCK #:** M21246
**YEAR:** 2017  **MAKE:** CHEVROL  **MODEL:** EQUIN  **BODY:** WAGON 4  **COLOR:** GRAY

## OTHER INSTALLED ACCESSORIES
(See Paragraph 1 Under "Important Buyer Information")

## MANUFACTURER'S INFORMATION
16000.00 / NA / NA / NA / NA

LICENSE PLATE:
LICENSE NO.:
LEIN HOLDER:
GOOD UNTIL DATE:

## "TRADE-IN INFORMATION"
(See Paragraphs 3 & 4, on reverse side)

YEAR / MAKE / MODEL / BODY
EXPIRATION DATE:
MILEAGE:
BALANCE DUE:
QUOTED BY: NA

## Buyer Information

Buyer's Name (A): RENEE KRONSPERGER
Buyer's Name (B):
Buyer's Address: 15482 GARRISON LN
City: SOUTHGATE  State: MI  Zip: 48195
Buyer (A) Driver's License No.
Buyer (B) Driver's License No.
Phone: 734-288-3798  Salesperson: HOUSE SALES PE

## LEASE ORDER INFORMATION
Lease Term:  Monthly Payment: $
Total Amount Due at Lease Signing or Delivery: $
- Capitalized Cost Reduction  $
- Sales/Use Tax
- First Monthly Payment
- Refundable Security Deposit
- Initial Title, Registration and License Fee
- Documentary Fee
- Rebates

## PURCHASE ORDER INFORMATION
Vehicle Selling Price         $ 16000.00
Documentary Fee               $   220.00
Plus: Taxes:                  $
Sales:                        $ 16220.00
**TOTAL TAXABLE PRICE:**      $
Extended Service Plan:        $   NA
Title & Registration:         $    48.00
License Fee for Transportation: $  NA
Other:                        $   NA
**TOTAL CASH PRICE:**         $ 17242.64
Less: Net Allowance on Trade in: $ NA
Cash Deposit:                 $   NA
Other Credits/Rebates:        $   NA
Cash on Delivery:             $ 1000.00
**AMOUNT TO BE FINANCED:**    $ 16242.64

## FINANCE INFORMATION
REGIONAL ACCEPTANCE CORP

Annual Percentage Rate: 20.9500
Number of Monthly Payments: 66
Monthly Payment: $ 416.45

Vehicle VIN (17 Digits)

☐ Part I - Non-GM Service Contract or Service Agreement
Buyer/Lessee acknowledges that the dealer is selling her/him a Non-GM Service Contract (not specifically branded Chevrolet, Buick, GMC or Cadillac Protection). Buyer/Lessee understands that (i) GM is not responsible for any claims under this non-GM service contract product and has no obligation in connection with the sale or use of this non-GM service contract product, and (ii) a non-GM service contract may or may not be accepted by other GM Dealerships.

☐ Part II - Non-GM Parts/Accessories installed by the Dealer.
Non-GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

### DISCLOSURE OF NON-GM PRODUCTS CUSTOMER ACKNOWLEDGEMENT FORM
(New/Used GM Vehicle Sale & Service/Body Shop Repairs)

### BUYER'S REPRESENTATIONS
I have read the material printed on the reverse side, and I understand and agree to it as part of this Order, as if it was printed above my signature. I understand that the front and back of this Order comprise the entire agreement affecting the purchase/lease, and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I also certify that no credit has been either extended by Dealer or arranged by Dealer for the cash down payment unless it appears in writing on the face of this Order.

Buyer(A) Signed: X [signature]  Date: 04/03/2019
Buyer(B) Signed: X
Customer Signature X
Customer Name Printed X

This Order is not binding until Dealer's authorized representative signs here.
Dealer Signed: X [signature]  Date: 04/03/2019

## IMPORTANT BUYER INFORMATION

- Any warranties from a Manufacturer or supplier, including on any Dealer-installed Non-Manufacturer accessories, are theirs, not Dealer's, and only such Manufacturer or other supplier will be liable for performance under those warranties. All goods, services and vehicles sold by Dealer are sold "AS IS." (SEE PARAGRAPH 11 ON REVERSE SIDE). This disclaimer in no way affects the manufacturer's Warranty.
- If this is a credit sale or lease, this Order is not binding on the Buyer, and the Buyer can cancel it and recover the deposit, until Buyer receives a document containing the required financial or lease disclosures.
- The annual percentage rate for a credit sale may be negotiable with the Dealer. The Dealer may assign this contract and retain its right to receive a part of the finance charge.
- The sales person has no authority to make, and Dealer shall not be bound by, any promises or representations unless they are written on this order and approved by Dealer's authorized representative.
- Unless otherwise noted, the person listed as Buyer "A" will be the registered owner/lessee of the Vehicle.
- The installment contract, lease or other document signed by the Buyer may require the Buyer to submit claims arising from or related to the purchase, lease or financing of the Vehicle to binding arbitration.
- Any claim or lawsuit arising out of the purchase or lease of the Vehicle against the Dealer by the Buyer must be filed no more than 365 days after the date of the delivery of the Vehicle. (SEE PARAGRAPH 15 ON THE REVERSE SIDE).

## INSURANCE INFORMATION
Name:
Address:
City, State, Zip Code:
Policy No.:              Expiration Date:
Agents Name:
Phone No.:               Fax No.:

## IMPORTANT NOTICE CONCERNING INSURANCE
Buyer(s) must have insurance for liability for injury to person or damage to property of others (PL & PD) in order to take title to the Vehicle. Buyer(s) Note: Neither accident and health insurance nor credit life insurance provide PL & PD coverage. If this is a credit sale or lease, Buyer is required to maintain collision insurance on the Vehicle during the term of the finance contract or lease. A Buyer may not be eligible for either credit life insurance or accident and health insurance. BUYER IS NOT REQUIRED TO OBTAIN EITHER ACCIDENT AND HEALTH INSURANCE OR CREDIT LIFE INSURANCE. Buyer may choose the agent from which said insurance will be obtained.

FORM #2003 Rev. 1/18        1        THANK YOU FOR YOUR BUSINESS

© GEMINI FORMS & SYSTEMS, INC. • (734) 397-9830
© 2017 Colombo & Colombo