UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
   Renee M. Kronsperger,                        CHAPTER 13
                                              CASE NO:15-48663
        Debtor(s).                              Hon. Maria L. Oxholm
_____/

## DEBTOR'S MOTION TO BORROW TO FINANCE AUTOMOBILE

**NOW COMES** Debtor, Renee Kronsperger, by and through her undersigned counsel, for the purpose of seeking Court permission to allow Debtor to incur post-petition debt as follows:

1. That the within Chapter 13 Petition was commenced June 4, 2015.

2. That the Chapter 13 Plan was confirmed October 30, 2015

3. That it is necessary for the Debtor(s) to incur post-petition debt of more than $2,000.00 for the reason that Debtor(s) prior vehicle, a 2007 Pontiac G6, is no longer operational due to high mileage and needs frequent repairs.

4. The amount of post-petition debt to be incurred is $17,242.64, which will be paid directly by the Debtor(s) to Regional Acceptance Corp, or similar finance company in monthly installments of $416.45, with interest at the rate of 20.95% for a term of no more than 66 months. Debtors will contribute a down payment of $1,000, which will come from a family contribution. See attached **Exhibit 6**.

**WHEREFORE**, the Debtor(s) pray(s) that the Court grant the relief requested and allow Debtor(s) to incur post-petition debt as specified above.

                                                          Respectfully submitted,

Dated: April 18, 2019

                                                          /s/ William C. Babut
                                                          William C. Babut (P41099)
                                                          Babut Law Offices, P.L.L.C.
                                                          700 Towner Street
                                                          Ypsilanti, MI 48198
                                                          734-485-7000
                                                          wbabut@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
   Renee M. Kronsperger,                       CHAPTER 13
                                                CASE NO:15-48663
   Debtor(s).                                  Hon. Maria L. Oxholm
_____/

**ORDER ALLOWING DEBTOR TO BORROW TO FINANCE AUTOMOBILE**

This matter having come on for consideration based upon the filing of a Motion to Borrow to Finance Automobile pursuant to E.D. Mich. L.B.R. 9014-1, a Certification of Non Response having been filed, the required notice having been provided, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that Debtor(s) is/are allowed to incur post-petition debt in in order to purchase a year 2017, Chevy Equinox or similar vehicle in the amount of $17,242.64, which will be paid directly by the Debtor(s) to Regional Acceptance Corp, or similar finance company, in monthly installments of $416.45, with interest at the rate of 20.95%, for a term of no more than 66 months. Debtor will contribute a down payment of $1,000, which will come from a family contribution.

**IT IS FURTHER ORDERED** that this Order shall be valid for 90 days after entry with the Court and Debtor(s) shall provide the Trustee with copies of financing documents evidencing the terms of the purchase including the name and address of the secured creditor within 14 days of purchase.

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

   Renee M. Kronsperger,                        CHAPTER 13
                                                          CASE NO:15-48663
       Debtor(s).                               Hon. Maria L. Oxholm
_____/

### NOTICE OF DEBTOR'S MOTION TO BORROW TO FINANCE AUTOMOBILE

**The Debtor(s) has/have filed papers with the Court allowing Debtor(s) to incur post-petition debt**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one).

If you do not want the Court to grant the Motion to Incur Post-Petition Debt, or if you want the Court to consider your views on the motion **within 14 days** you or your attorney must:

1.      File with the Court a written response or an answer explaining your position at: [1]

United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the FOURTEENTH (14th) day from the date of this motion.

**You must also mail a copy to:**

| | |
|---|---|
| Tammy L. Terry | Babut Law Offices, PLLC |
| Standing Chapter 13 Trustee | Attorneys for Debtor |
| 535 Griswold, Ste. 2100 | 700 Towner St. |
| Detroit, MI 48226 | Ypsilanti, MI 48198 |

2.      If a response or answer is timely filed and served, the Court will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.**
                                         **(Signature page to follow)**

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c), and (e)

Dated: April 18, 2019

/s/ William C. Babut
William C. Babut (P41099)
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
wbabut@babutlaw.com

**EXHIBIT 2**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:
   Renee M. Kronsperger,                       CHAPTER 13
                                                     CASE NO:15-48663
        Debtor(s).                           Hon. Maria L. Oxholm
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I electronically filed the Motion to Borrow to Finance Automobile, Notice of Motion to Borrow to Finance Automobile, Notice and Proposed Order with the Clerk of the Court using ECF System, which will send notification to the following:

All interested parties on the attached Matrix


Dated: April 18, 2019

                                                                           /s/ Kim Justice
                                                                           Kim Justice
                                                                           Babut Law Offices, P.L.L.C.
                                                                           700 Towner Street
                                                                           Ypsilanti, MI  48198
                                                                           734-485-7000
                                                                           kim@babutlaw


**EXHIBIT 4**

```
Label Matrix for local noticing          American Education Services          American Education Services
0645-2                                   P.O. Box 2461                        PO BOX 8183
Case 15-48663-mlo                        Harrisburg, PA 17105-2461            HARRISBURG, PA 17105-8183
Eastern District of Michigan
Detroit
Mon Apr 15 18:12:21 EDT 2019

Bank of America Mortgage                 Capital One Bank (USA), N.A.         DTE Energy
P.O. Box 5170                            PO Box 71083                         One Energy Plaza
Simi Valley, MI 93062-5170               Charlotte, NC  28272-1083            WCB 735
                                                                              Detroit,MI 48226-1221


ECMC                                     Wells Fargo Bank, N.A.               Wells Fargo Financial National
PO Box 16408                             PO Box 10438                         800 Walnut Street
St. Paul, MN 55116-0408                  Des Moines, IA 50306-0438            Des Moines, IA 50309-3891



Renee M. Kronsperger                     Tammy L. Terry                       William C. Babut
15482 Garrison                           Buhl Building                        700 Towner Street
Southgate, MI 48195-2656                 535 Griswold                         Ypsilanti, MI 48198-5724
                                         Suite 2100
                                         Detroit, MI 48226-3681



End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```