# VEHICLE PURCHASE ORDER/LEASE ORDER

**DEAL #:** 003029
**CUST #:** 135621

## DICK GENTHE CHEVROLET

(734) 283-3400
15600 Eureka Road • Southgate, MI 48195
"A Great Price is Just the Start of a Dick Genthe Deal"
www.genthe.com

SUBJECT TO THE TERMS AND CONDITIONS BELOW AND ON THE REVERSE SIDE OF THIS ORDER, THE DEALER AGREES TO SELL/LEASE AND THE BUYER(S) AGREE(S) TO PURCHASE/LEASE THE VEHICLE DESCRIBED BELOW.

[X] PURCHASE ORDER  [ ] LEASE ORDER
[ ] CAR  [X] TRUCK  [ ] NEW  [X] USED  [ ] DEMO
[ ] OTHER

| STOCK # | YEAR | MAKE | MODEL | BODY | COLOR |
|---|---|---|---|---|---|
| M21246 | 2017 | CHEVROL | EQUIN | WAGON 4 | GRAY |

**VIN #** 2 G N A L C E K 5 H 6 2 4 3 4 2 0

### OTHER INSTALLED ACCESSORIES

### MANUFACTURER'S INFORMATION
16000.00  NA
NA  NA
NA  NA

### "TRADE-IN INFORMATION"
(See Paragraphs 3 & 4, on reverse side)

| YEAR | MAKE | MODEL | BODY |
|---|---|---|---|

LICENSE PLATE:  EXPIRATION DATE:
VIN NO.:  MILEAGE:
LEIN HOLDER:  BALANCE DUE:
GOOD UNTIL DATE:  QUOTED BY: NA

### IMPORTANT BUYER INFORMATION
(See Paragraph 1 Under "Important Buyer Information")

- Any warranties from a Manufacturer or supplier, including Dealer-installed Non-Manufacturer accessories, are theirs, not Dealer's, and only such Manufacturer or other supplier will be liable for performance under those warranties. All goods, services and vehicles sold by Dealer are sold "AS IS." (SEE PARAGRAPH 11 ON REVERSE SIDE.) This disclaimer in no way affects the manufacturer's Warranty.
- Unless otherwise noted, the person listed as Buyer "A" will be the registered owner/lessee of the Vehicle.
- The installment contract, lease or other document signed by the Buyer may require the Buyer to submit claims arising from or related to the purchase, lease or financing of the Vehicle to binding arbitration.
- Any claim or lawsuit arising out of the purchase or lease of the Vehicle against the Dealer by the Buyer must be filed no more than 365 days after the date of delivery of the Vehicle. (SEE PARAGRAPH 15 ON THE REVERSE SIDE.)
- If this is a credit sale or lease, this Order is not binding on the Buyer, and the Buyer can cancel it and recover the deposit, until Buyer receives a document containing the required financial or lease disclosures.
- The annual percentage rate for a credit sale may be negotiable with the Dealer. The Dealer may assign and retain its right to receive a part of the finance charge.
- The sales person has no authority to make, and Dealer shall not be bound by, any promises or representations unless they are written on this order and approved by Dealer's authorized representative.

### IMPORTANT NOTICE CONCERNING INSURANCE
Buyer(s) must have insurance for liability for injury to person or damage to property of others (PL & PD) in order to take title to the Vehicle. Buyer(s) Note: Neither accident and health insurance nor credit life insurance provide PL & PD coverage. If this is a credit sale or lease, Buyer is required to maintain collision insurance on the Vehicle during the term of the finance contract or lease. A Buyer may not be eligible for either credit life insurance or accident and health insurance. BUYER IS NOT REQUIRED TO OBTAIN EITHER ACCIDENT AND HEALTH INSURANCE OR CREDIT LIFE INSURANCE. Buyer

---

**Buyer's Name (B)** _____
**Buyer's Name (A)** RENEE KRONSPERGER
**Buyer's Address** 15482 GARRISON LN
**City:** SOUTHGATE  **State:** MI  **Zip:** 48195
**Buyer (A) Driver's License No.**
**Buyer (B) Driver's License No.**
**Phone:** 734-288-3798  **Salesperson:** HOUSE SALES P

### LEASE ORDER INFORMATION
Lease Term:  Monthly Payment: $
Total Amount Due at Lease Signing or Delivery: $

- Capitalized Cost Reduction  $
- Sales/Use Tax  $
- First Monthly Payment  $
- Refundable Security Deposit  $
- Initial Title, Registration and License Fee  $
- Documentary Fee  $
- Rebates  $

### PURCHASE ORDER INFORMATION

| | |
|---|---|
| Vehicle Selling Price | $ 16000.00 |
| Documentary Fee | $ 220.00 |
| **TOTAL TAXABLE PRICE:** | $ 16220.00 |
| **Plus:** Taxes: Sales: | $ 974.64 |
| Other: | $ NA |
| License Fee for Transportation: | $ 48.00 |
| Title & Registration: | $ NA |
| Extended Service Plan: | $ NA |
| **TOTAL CASH PRICE:** | $ 17242.64 |
| **Less:** Net Allowance on Trade in: | $ NA |
| Cash Deposit: | $ NA |
| Other Credits/Rebates: | $ NA |
| **Cash on Delivery:** | $ 1000.00 |
| **AMOUNT TO BE FINANCED:** | $ 16242.64 |

**REGIONAL ACCEPTANCE CORP** FINANCE INFORMATION

| Vehicle VIN (17 Digits) | Annual Percentage Rate | Number of Monthly Payments | Monthly Payment |
|---|---|---|---|
| | 20.9500 | 66 | $ 416.45 |

### DISCLOSURE OF NON-GM PRODUCTS
### CUSTOMER ACKNOWLEDGEMENT FORM
(New/Used GM Vehicle Sale & Service/Body Shop Repairs)

[ ] Part I - Non-GM Service Contract of Service Agreement
Buyer/Lessee acknowledges that the dealer is selling her/him a Non-GM Service Contract (not specifically branded Chevrolet, Buick, GMC or Cadillac Protection). Buyer/Lessee understands that (i) GM is not responsible for any claims under this non-GM service contract product and has no obligation in connection with this sale or use of this non-GM service contract product, and (ii) a non-GM service contract may or may not be accepted by GM Dealerships.

[ ] Part II - Non-GM Parts/Accessories installed by the Dealer.
Non-GM parts and accessories are not covered under the GM New Vehicle Limited Warranty. They also may damage the vehicle, compromise its compliance with safety standards or void the GM Warranty on the vehicle itself. GM is not responsible for the consequences of installing any non-GM equipment, parts or accessories on the vehicle. A list of non-GM parts is available to you upon request.

Customer Signature X _____
Customer Name Printed X _____

### BUYER'S REPRESENTATIONS
I have read the material printed on the reverse side, and I understand and agree to it as part of this Order, as if it was printed above my signature. I understand that the front and back of this Order comprise the entire agreement affecting the purchase/lease, and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I also certify that no credit has been either extended by Dealer or arranged by Dealer for the cash down payment unless it appears on the face of this Order.

Buyer (A) Signed: X _____  Date: 04/03/201
Buyer (B) Signed: X _____  Date:

---

### INSURANCE INFORMATION
Name:
Address:
City, State, Zip Code:
Policy No.:
Agents Name:
Phone No.:  Fax No.:  Expiration Date: